(A) THE PEOPLE OF THE STATE OF NEW YORK v. HEWLETT BRISTOL. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ADRIAN C. GEOFFRION.— [In each action] Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

ELIZABETH GRANDIN v. SAILOR'S SNUG HARBOR, INC., et al.— Motions to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

JACK GOODMAN, Doing Business as KEYSTONE CONTRACTING Co. v. DEL-SA-CO FOODS, INC.— Motion for leave to dispense with the furnishing of a transcript of testimony denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

AMERICAN CYANAMID COMPANY v. SIDNEY M. FOX et al.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Stevens and Steuer, JJ.

MADGE CHRISTIE et al., v. FIFTH MADISON CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 27, 1962, with notice of argument for January 8, 1963, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

ANTHONY J. MAZZONE v. WALTER H. CANNON.— Motion for a stay denied, with $10 costs. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

## (December 7, 1962)

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH COFFEY.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. MICKEY SHAW. (B) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD LOEB. (C) THE PEOPLE OF THE STATE OF NEW YORK v. RALPH GILVIE.— [In each action] Motion to dismiss appeal granted unless the appellant perfects his appeal for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN FARRELL. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT WEAVER. (C) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE MOORE. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT SAMUEL WHITE. (E) THE PEOPLE OF THE STATE OF NEW YORK v. HERMAN MARTIN. (F) THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY JOHNSON. (G) THE PEOPLE OF THE STATE OF NEW YORK v. HERBERT BOONE. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.— [In each action] Motion granted insofar as to extend appellant's time to perfect his appeal to the January 1963 Term of this court, said appeal to be argued or submitted when reached.